**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**TERRY BROWN,**

**Plaintiff,**

**vs.** **Case No. 4:07cv515-WS/WCS**

**STATE OF FLORIDA,**

**Defendant.**

**_____________________________/**

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro so*, initiated a civil rights action which was transferred to this Court from the Middle District of Florida in early December, 2007. Doc. 7. A court order was issued on December 10, 2007, which deferred ruling on Plaintiff's *in forma pauperis* motion, doc. 2, because it did not fully comply with 28 U.S.C. § 1915. Plaintiff was directed to file a supplement to the motion which contained a printout from his inmate bank account. Doc. 9. That order has now been returned to the Court as undeliverable with a notation that "inmate is no longer incarcerated in this facility." Doc. 10. In light of transfer, efforts were made to determine Plaintiff's whereabouts. However, the Department of Corrections website shows Plaintiff was released from

prison on December 3, 2007. Frequently, the website provides an address upon release for such former prisoners. However, in this instance the address provided states only, "transient, Orlando, FL."

It is Plaintiff's obligation to keep the Clerk's Office apprised of his current address. This case is perhaps more problematic because of the transfer, and if Plaintiff had attempted to provide a new address, he presumably would do so in the Middle District. This case was transferred to this Court unfortunately on the same day Plaintiff was released from prison. Nevertheless, this case cannot proceed because Plaintiff's whereabouts are unknown. Thus, it is recommended that this case be administratively closed. As Plaintiff was not granted *in forma pauperis* status, his ability to file future cases under 28 U.S.C. § 1915 is unharmed.

In light of the foregoing, it is respectfully **RECOMMENDED** that the Clerk of Court be directed to administratively close this case as Plaintiff is deemed to have abandoned this litigation.

**IN CHAMBERS** at Tallahassee, Florida, on December 19, 2007.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**